# EXHIBIT 1

Int. Cl.: 17

Prior U.S. Cl.: 1

United States Patent Office

Reg. No. 1,017,649
Registered Aug. 5, 1975

# TRADEMARK
Principal Register

## COROPLAST

Coroplast Ltd. (Canadian corporation)
5117 De Maisonneuve Blvd. W.
Montreal 260, Quebec, Canada

For: PLASTIC SHEET MATERIAL USED FOR SIGNS AND DISPLAYS, in CLASS 1 (INT. CL. 17).
First use Mar. 14, 1972; in commerce Mar. 14, 1972.

Ser. No. 450,099, filed Feb. 28, 1973.

Int. Cl.: 17

Prior U.S. Cl.: 1

# United States Patent Office

Reg. No. 1,017,649
Registered Aug. 5, 1975

# TRADEMARK
Principal Register

## COROPLAST

Coroplast Ltd. (Canadian corporation)
5117 De Maisonneuve Blvd. W.
Montreal 260, Quebec, Canada

For: PLASTIC SHEET MATERIAL USED FOR SIGNS AND DISPLAYS, in CLASS 1 (INT. CL. 17).
First use Mar. 14, 1972; in commerce Mar. 14, 1972.

Ser. No. 450,099, filed Feb. 28, 1973.

Int. Cl.: 17

Prior U.S. Cl.: 1

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,017,649
Registered Aug. 5, 1975
Renewal Term Begins Aug. 5, 1995

TRADEMARK
PRINCIPAL REGISTER

COROPLAST

GREAT PACIFIC ENTERPRISES INC. (CANADA CORPORATION)
1600-1055 WEST HASTINGS STREET
VANCOUVER, BRITISH COLUMBIA V6E 2H2, CANADA, BY MERGER AND CHANGE OF NAME, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM COROPLAST LTD. (CANADA CORPORATION) MONTREAL 260, QUEBEC, CANADA

FOR: PLASTIC SHEET MATERIAL USED FOR SIGNS AND DISPLAYS, IN CLASS 1 (INT. CL. 17).

FIRST USE 3-14-1972; IN COMMERCE 3-14-1972.

SER. NO. 72-450,099, FILED 2-28-1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 2, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS