# EXHIBIT 2

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

United States Patent and Trademark Office

Reg. No. 3,510,604

Registered Oct. 7, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# COROPLAST

COROPLAST, INC. (DELAWARE CORPORATION)
4501 SPRING VALLEY ROAD
DALLAS, TX 75244

FOR: CORRUGATED PLASTIC SHEETS AND POLYPROPYLENE FILMS FOR USE IN THE MANUFACTURE OF DISPLAYS, SIGNS AND PACKAGING; PLASTIC SHEETS FOR USE IN THE MANUFACTURE OF DISPLAYS, SIGNS AND PACKAGING, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 4-30-1972; IN COMMERCE 4-30-1972.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-121,320, FILED 3-2-2007.

MARLENE BELL, EXAMINING ATTORNEY